CONNECTICUT NATIONAL MORTGAGE COMPANY
*v.* LISE-LOTTE KNUDSEN ET AL.
(14086)

Landau, Schaller and Hennessy, Js.

Argued November 30—decision released December 19, 1995

*Lise-Lotte Knudsen,* pro se, the appellant (named defendant), filed a brief.

*Neil E. Atlas,* with whom, on the brief, was *Lynne R. Dzilenski,* for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.